UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES McCURDY,<br><br>    Plaintiff,<br><br>    v.<br><br>L. THOMAS,<br><br>    Defendant. | Case No. 18-06232 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION**<br><br>(Docket No. 16) |

Plaintiff, a California inmate, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against a medical official at Pelican Bay State Prison ("PBSP"). On March 28, 2019, the Court issued an order of service directing Defendant to file a dispositive motion. (Docket No. 8.) On July 30, 2019, Defendant filed a motion for summary judgment. (Docket No. 15.) Plaintiff has filed a motion for an extension of time for at least 30 days from the current deadline to file an opposition. (Docket No. 16.) Defendant has filed a statement of non-opposition to Plaintiff's motion. (Docket No. 17.)

Good cause appearing Plaintiff's motion is **GRANTED**. Plaintiff shall file an opposition to Defendant's motion for summary judgment **no later than September 26, 2019**.

This order terminates Docket No. 16.

**IT IS SO ORDERED.**

Dated: **August 23, 2019**

BETH LABSON FREEMAN
United States District Judge

Order Granting Ext. of Time to File Opposition
PRO-SE\BLF\CR.18\06232.McCURDY_eot-opp