UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. McCURDY,<br><br>    Plaintiff,<br><br>  v.<br><br>L. THOMAS.<br><br>    Defendant. | Case No.18-cv-06232-BLF (PR)<br><br>**ORDER GRANTING MOTION FOR SECOND EXTENSION OF TIME TO FILE OPPOSITION**<br><br>(Docket No. 22) |

Plaintiff, a California inmate, filed the instant pro se civil rights action pursuant to 42 U.S.C. § 1983 against a medical official at Pelican Bay State Prison ("PBSP"). On March 28, 2019, the Court issued an order of service directing Defendant to file a dispositive motion. (Docket No. 8.) On July 30, 2019, Defendant filed a motion for summary judgment. (Docket No. 15.) On August 23, 2019, the Court issued an order granting Plaintiff's motion for first extension of time to file opposition no later than September 26, 2019. (Docket No. 18.)

///

On September 23, 2019, Plaintiff filed a motion for a second extension of time for at least 30 days from the current deadline to file an opposition. (Docket No. 22). Good cause appearing Plaintiff's motion is **GRANTED**. Plaintiff shall file an opposition to Defendant's motion for summary judgment **no later than October 23, 2019.**

This order terminates Docket No. 22.

**IT IS SO ORDERED.**

Dated: October 1, 2019

_____
BETH LABSON FREEMAN
United States District Judge