UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. McCURDY,<br>    Plaintiff,<br>v.<br>L. THOMAS.<br>    Defendant. | Case No.18-CV-06232-BLF (PR)<br><br>**ORDER GRANTING MOTION FOR FOURTH EXTENSION OF TIME TO FILE OPPOSITION**<br><br>(Docket No. 29) |

    Plaintiff, a California inmate, filed the instant pro se civil rights action pursuant to 42 U.S.C. § 1983 against a medical official at Pelican Bay State Prison ("PBSP"). On March 28, 2019, the Court issued an order of service directing Defendant to file a dispositive motion. (Docket No. 8.) On July 30, 2019, Defendant filed a motion for summary judgment. (Docket No. 15.)

    On November 22, 2019, Plaintiff filed a motion for a fourth extension of time for at least 30 days from the current deadline to file an opposition (Docket No. 29.). Defendant has filed a statement of non-opposition to the motion. (Docket No. 30.).

Good cause appearing Plaintiff's motion is **GRANTED**. Plaintiff shall file an opposition to Defendant's motion for summary judgment **no later than 28 days from the date this order is filed.** This being Plaintiff's fourth request for an extension of time, no further extensions of time shall be granted.

This order terminates Docket No. 29.

**IT IS SO ORDERED.**

Dated: Dec 5, 2019

BETH LABSON FREEMAN
United States District Judge