UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MCCURDY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>L. THOMAS,<br><br>　　　　Defendant. | Case No. 18-0632 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed all claims against Defendant and granted her motion for summary judgment. Judgment is entered in favor of Defendant.

**IT IS SO ORDERED.**

**Dated:** ___March 1, 2020___　　　　　　　　　　／s／ Beth Labson Freeman

　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
PRO-SE\BLF\CR.18\06232McCurdy_judgment